# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howard, Marcia M. | U.S. District Court-Middle FL | 9/8/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Full | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
300 North Hogan Street, Suite 11-350
Jacksonville, FL 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 2. | Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 3. | Member | St. Vincent's Hospital Women's Council (non-profit) |
| 4. | Trustee | Irrevocable Insurance Trust #1 |
| 5. | Board Member | Community Hospice of Northeast Florida |
| 6. | Board Member | University of Florida, College of Law, Board of Trustees |
| 7. | Board Member | Board of Visitors, The Bolles School |
| 8. | Member | MKH Development LLC |
| 9. | Board Member | Chester Bedell American Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Howard, Marcia M.** | 9/8/2020 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 9/8/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Bank of America/Countrywide Home Loans, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 9/8/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | **Howard, Marcia M.** | 9/8/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo (bank accts) | A | Interest | N | T | | | | | |
| 2.  Southside Warehouse, Inc. Stock | D | Distribution | L | U | | | | | |
| 3.  Paragon Life / Met Life Variable Life Policy | | | | | | | | | |
| 4.  ---TRP LTD Term Bond | A | Int./Div. | K | T | | | | | |
| 5.  MIC Holding | D | Distribution | K | U | | | | | |
| 6.  Bombardier 401(k) | | | | | | | | | |
| 7.  ---Charles Schwab Aggressive Fund | A | Int./Div. | M | T | | | | | |
| 8.  Wells Fargo 401(k) | | | | | | | | | |
| 9.  ---Stable Fund | A | Int./Div. | M | T | | | | | |
| 10.  Southland Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 11.  Morgar Professional Center | A | Distribution | K | U | | | | | |
| 12.  Banco Bilbao | A | Dividend | J | T | | | | | |
| 13.  Brokerage Account | | | | | | | | | |
| 14.  ---Merrill Lynch Ready Assets Gov. Liq. Fund | A | Int./Div. | L | T | | | | | |
| 15.  ---Merrill Lynch Demand Deposit Account | A | Interest | M | T | | | | | |
| 16.  Bank of America Account | A | Interest | M | T | | | | | |
| 17.  Wells Fargo Stock | B | Dividend | L | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- R =Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U =Book Value
- V =Other
- W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 9/8/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Community First (Bank Account) | A | Interest | J | T | | | | | |
| 19. Bank of America Stock | C | Dividend | M | T | | | | | |
| 20. T. Rowe Price IRA | | | | | | | | | |
| 21. ---TRP Personal Strategy Balanced | D | Int./Div. | M | T | | | | | |
| 22. Bank of America 401(k)(x) Fund | | | | | | | | | |
| 23. ---Vanguard Institutional 500 Index | A | Int./Div. | N | T | | | | | |
| 24. ---Blackrock Eq. Divd. | A | Int./Div. | N | T | | | | | |
| 25. MKH Development LLC | B | Distribution | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 9/8/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - The Irrevocable Trust disclosed on Line 4 is an unfunded trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia M. Howard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544